STATE

v.

John J. BRADY et al.

No. 80–179–C.A.

Supreme Court of Rhode Island.

Jan. 14, 1982.

Dennis J. Roberts II, Atty. Gen., Alyssa L. Talanker, Sp. Asst. Atty. Gen., for plaintiff.

Stephen P. Nugent, Providence, for defendants.

ORDER

The motion for counsel fee pursuant to the provisions of G.L.1956 (1969 Reenactment) § 9–24–32 is granted and Stephen P. Nugent is hereby awarded a fee of $1500 for services performed on defendant's behalf in connection with this appeal.

Leon J. BEAUNE, Jr.

v.

Lorraine E. BEAUNE.

No. 81–544–M.P.

Supreme Court of Rhode Island.

Jan. 20, 1982.

Mitchell S. Riffkin, Providence, for plaintiff-respondent.

Paul Corrigan III, Providence, for defendant-petitioner.

ORDER

The petition for writ of certiorari is denied.

Daniel DiSALVO

v.

Donald O. ELLENTHORPE.

No. 81–601–M.P.

Supreme Court of Rhode Island.

Jan. 20, 1982.

Mark L. Smith, Woonsocket, for petitioner.

Dennis J. Roberts II, Atty. Gen., Madeline Quirk, Sp. Asst. Atty. Gen., for respondent.

ORDER

The petition for writ of habeas corpus is denied.